## WASSERMANN v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK.

No. 312.   Decided October 15, 1962.

*Jacob Rassner* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

## MILLER v. LAKE, SECRETARY OF STATE OF TEXAS.

No. 415.   Decided October 15, 1962.

*John J. Herrera* for appellant.

*Will Wilson,* Attorney General of Texas, and *William E. Allen* and *H. Grady Chandler,* Assistant Attorneys General, for appellee.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.